# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EMILY S. BEAVER, by her father and next friend, Albert H. Beaver,**

      Petitioner,

   V.                            CASE NUMBER: **07-C-57**

**CYNTHIA ZELLNER-EHLERS**,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Emily S. Beaver's petition pursuant to Title 28, United States Code, Section 2241, is DENIED. This action is hereby DISMISSED.**

| | |
|---|---|
| **July 6, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |